E-FILED
Monday, 27 April, 2026  03:48:50 PM
Clerk, U.S. District Court, ILCD

FILED

APR 27 2026

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

**Olha McKeown,**
Plaintiff, Pro Se,

v.                                    Case No. 1:25-cv-01173-SLD-RLH

**Patrick D. McKeown, Jr.,**
Defendant.

**PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND FOR SANCTIONS**

Plaintiff, Olha McKeown, proceeding pro se, respectfully moves this Court for an order compelling Defendant to provide full and complete responses to Plaintiff's First Set of Interrogatories, deeming all objections waived, and imposing sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure, and states as follows:

## I. FACTUAL BACKGROUND

1. On March 3, 2026, Plaintiff properly served Defendant with Plaintiff's First Set of Interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure.
2. On April 8, 2026, the Court conducted a status conference and issued an order requiring Defendant to serve responses to the interrogatories no later than April 20, 2026.
3. The April 20, 2026 deadline has passed. Defendant has failed to provide any responses, has not requested an extension, and has not asserted any objections.
4. On April 21, 2026, Plaintiff sent a written communication to Defendant requesting confirmation of whether responses had been served.
5. On April 22, 2026, Plaintiff sent a final notice to Defendant, explicitly identifying the violation of the Court's order and notifying Defendant of Plaintiff's intent to seek relief from the Court.

6. Defendant ignored both communications and has taken no action to comply.
7. This case concerns enforcement of obligations under Form I-864, a legally binding contract. The interrogatories seek information directly related to Defendant's income, assets, and financial resources, which are central to determining the amount owed.
8. Defendant's refusal to provide discovery is causing ongoing prejudice to Plaintiff by preventing her from preparing her case and calculating damages owed under the law.

## II. LEGAL STANDARD

9. Under Rule 37(a)(3)(B)(iii), a party may move for an order compelling an answer where a party fails to respond to interrogatories.
10. Defendant has violated a direct Court order, providing independent grounds for sanctions under Rule 37(b)(2).
11. Failure to timely respond without justification results in waiver of objections. *See Ritacca v. Abbott Laboratories*, 203 F.R.D. 332 (N.D. Ill. 2001).
12. Plaintiff has satisfied the meet-and-confer requirement under Rule 37(a)(1) by attempting to resolve this matter through written communications on April 21 and April 22, 2026.
13. Under Rule 37(a)(5), the Court must award reasonable expenses if the motion is granted unless the failure was substantially justified. Defendant's failure was not justified.

## III. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Order Defendant to serve full, complete, and verified responses to Plaintiff's interrogatories within **7 days** of the Court's order;
2. Deem all objections waived due to Defendant's failure to timely respond;
3. Impose appropriate sanctions for violation of the Court's April 8, 2026 Order pursuant to Rule 37(b)(2);
4. Award Plaintiff reasonable expenses incurred in bringing this motion pursuant to Rule 37(a)(5);
5. Warn Defendant that further noncompliance may result in more severe sanctions under Rule 37(b);
6. Grant such other and further relief as the Court deems just and proper.

## IV. CONCLUSION

Defendant has not merely failed to comply with procedural rules—he has violated a direct order of this Court. His conduct constitutes unjustified obstruction of discovery and is causing ongoing prejudice to Plaintiff. Plaintiff respectfully requests that the Court enforce its authority and compel compliance.

**Respectfully submitted,**

Olha McKeown
Plaintiff, Pro Se
631 1/2 South Main Street
Princeton, IL 61356
Email: freedomukraineom@gmail.com
Phone: (815) 760-1437

**Date: April 24, 2026**

**VERIFICATION**

(28 U.S.C. § 1746)

I, Olha McKeown, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing Motion to Compel is true and correct to the best of my knowledge, information, and belief.

Executed on April 24, 2026.

Olha McKeown
Plaintiff, Pro Se
631 1/2 South Main Street
Princeton, IL 61356
Email: freedomukraineom@gmail.com
Phone: (815) 760-1437

## NOTICE OF FILING

PLEASE TAKE NOTICE that on April 24, 2026, Plaintiff, Olha McKeown, appearing pro se, filed the foregoing Plaintiff's Motion to Compel Responses to Interrogatories and for Sanctions with the United States District Court for the Central District of Illinois.

---

Olha McKeown
Plaintiff, Pro Se
631 1/2 South Main Street
Princeton, IL 61356
Email: freedomukraineom@gmail.com
Phone: (815) 760-1437

**Date: April 24, 2026**

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, a true and correct copy of the foregoing Plaintiff's Motion to Compel Responses to Interrogatories and for Sanctions was served by  was served by electronic mail (email) upon:

**Fadi B. Rustom**
Hall & Rustom, LLC
316 SW Washington St., Unit 1A
Peoria, IL 61602
Email: rustom@hallrustom.com

_____

Olha McKeown
Plaintiff, Pro Se
631 1/2 South Main Street
Princeton, IL 61356
Email: freedomukraineom@gmail.com
Phone: (815) 760-1437

**Date: April 24, 2026**

Olha Mckeown
631 1/2 S. Main St.
Princeton, IL
61356

CHAMPAIGN IL
25 APR 2026 PM

UNITED STATES
OF AMERICA
FOREVER/USA

U.S. District Court —
Central District of Illinois
(Clerk's Office — Urbana Division)
201 S. Vine St., Room 218
Urbana, IL
61802 - 3348

61802-334868